IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES LEE**,

**Plaintiff,**

v.

**NESTLE PURINA
PETCARE COMPANY,**

**Defendant.**                                             No. 11-0106-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that defendant has not filed its **Federal Rule of Civil Procedure 7.1** disclosure. Thus, the Court **DIRECTS** defendant to file its disclosure on or before August 11, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.28 10:17:51 -05'00'

**Chief Judge
United States District Court**