# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES LEE,

      Plaintiff,

-vs-

NESTLE PURINA PETCARE
COMPANY,

      Defendant.                           NO. 11-CV-106-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 24, 2011, this case is **DISMISSED**  with prejudice.

                           NANCY J. ROSENSTENGEL,
                           CLERK OF COURT


                           BY:       **/s/*Sandy Pannier***
                                          **Deputy Clerk**

Dated: October 27, 2011

Digitally signed by David R.
Herndon
Date: 2011.10.27 16:16:35
-05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT